# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

FILED-USDC-NDTX-DA
'24 APR 9 PM 2:59

ACC

_Fiduciary Tonya L Coon_
Plaintiff

v.

_Bhack women CYC-Retail_
Defendant
_Seven Eleven Stores CYC_
_1296 commerce st_
_Dallas, Texas, 75202_

Civil Action No. 3-24CV0871-K

**COMPLAINT**

This AN Civil complaint Squatter employies AND Squatter tenants unknown under Section 24.001 - ORC 2911.13 Breaking Enter Knowing that the owner is seen. Retail Businesses that are closen and is or aren't retaining money on premsises Crimel thesspasses. H.R 4718: Computer — Fraud and Abuse Act 1986. Rico Act Law 9-110-100 Racketeering influence the public, Organizes Crime out of Control, 1970 Title IX 18 USC 1961, 1968

\* Attach additional pages as needed.

| | |
|---|---|
| Date | April -9- 2024 |
| Signature | _Fiduciary Tonya L Coon_ |
| Print Name | Fiduciary Tonya L Coon |
| Address | 900 Bell/Maxwell Blvd |
| City, State, Zip | Montgomery, AL 36104 |
| Telephone | 800-539-2468 |



# Laws and Policies

Español

The Department of Justice enforces federal hate crimes laws that cover certain crimes committed on the basis of race, color, religion, national origin, sexual orientation, gender, gender identity, or disability. The Department of Justice began prosecuting federal hate crimes cases after the enactment of the Civil Rights Act of 1968.

This page provides information on federal hate crimes laws; federal hate crimes policies; state laws, codes, and statutes; and a table that indicates which of the bias categories included in federal hate crimes laws are included in each state's laws.

## Federal Hate Crime Laws

**The Matthew Shepard and James Byrd, Jr. Hate Crimes Prevention Act of 2009, 18 U.S.C. § 249** ◯

**Criminal Interference with Right to Fair Housing, 42 U.S.C. § 3631** ◯

**Damage to Religious Property, Church Arson Prevention Act, 18 U.S.C. § 247** ◯

**The COVID-19 Hate Crimes Act, 34 U.S.C. § 30501** ◯

**The Khalid Jabara and Heather Heyer National Opposition to Hate, Assault, and Threats to Equality Act of 2021 (Jabara-Heyer NO HATE Act), 34 U.S.C. § 30507** ◯

**Violent Interference with Federally Protected Rights, 18 U.S.C. § 245**    ◯

**Conspiracy Against Rights, 18 U.S.C. § 241**    ◯

## Federal Hate Crime Policies

**Attorney General Memorandum on Improving the Department's Efforts to Combat Hate Crimes and Hate Incidents - May 27, 2021**    ◯

**Presidential Memorandum Condemning and Combating Racism, Xenophobia, and Intolerance Against Asian Americans and Pacific Islanders in the United States - January 26, 2021**    ◯

**FACT SHEET: President Biden Announces Additional Actions to Respond to Anti-Asian Violence, Xenophobia and Bias - March 30, 2021**    ◯

## State Laws, Codes, and Statutes

Most states and U.S. territories have hate crime statutes that are enforced by state and local law enforcement in state and local courts. Hate crime laws in states and territories vary widely across jurisdictions.

- Bias motivations: Different jurisdictions define hate crimes to include different bias motivations.
- Penalty enhancements: Laws in some jurisdictions increase the sentence for crimes motivated by identified factors.
- Data collection: Some jurisdictions require collecting data on hate crimes. Data provides better transparency into crimes that are occurring and can help states allocate support and resources to communities in greatest need.

Even if a state or territory does not have a hate crimes law, hate crimes can still be reported to the Federal Bureau of Investigation (FBI).

## Federal Bias Categories Included by State Laws

Federal laws protect against certain crimes motivated by race, color, national origin, religion, sexual orientation, gender, gender identity, and disability. The bias categories included in state laws vary. The table below indicates which of the categories included in federal hate crimes laws are included in each state's laws. State laws may also include additional types of bias not listed on this chart.

KEY: Yes ● | No ◯

| State | Race/Color | National Origin | Religion | Sexual Orientation | Gender/Sex | Gender Identity | Disability |
|---|---|---|---|---|---|---|---|
| Alabama | ● | ● | ● | ○ | ○ | ○ | ● |
| Alaska | ● | ● | ● | ○ | ● | ○ | ● |
| Arizona | ● | ● | ● | ● | ● | ○ | ● |
| Arkansas | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| California | ● | ● | ● | ● | ● | ○ | ● |
| Colorado | ● | ● | ● | ● | ○ | ○ | ● |
| Connecticut | ● | ● | ● | ● | ● | ● | ● |
| Delaware | ● | ● | ● | ● | ● | ● | ● |
| District of Columbia | ● | ● | ● | ● | ● | ● | ● |
| Florida | ● | ● | ● | ● | ○ | ○ | ● |
| Georgia | ● | ● | ● | ● | ● | ● | ● |
| Hawaii | ● | ● | ● | ● | ● | ● | ● |
| Idaho | ● | ● | ● | ○ | ○ | ○ | ○ |
| Illinois | ● | ● | ● | ● | ● | ○ | ● |
| Indiana | ● | ● | ● | ● | ○ | ○ | ● |
| Iowa | ● | ● | ● | ● | ● | ○ | ● |
| Kansas | ● | ● | ● | ● | ○ | ○ | ● |
| Kentucky | ● | ● | ● | ● | ○ | ○ | ○ |
| Louisiana | ● | ● | ● | ● | ● | ○ | ● |
| Maine | ● | ● | ● | ● | ● | ○ | ● |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Maryland | ● | ● | ● | ● | ● | ○ | ● |
| Massachusetts | ● | ● | ● | ● | ● | ● | ● |
| Michigan | ● | ● | ● | ○ | ● | ○ | ○ |
| Minnesota | ● | ● | ● | ● | ● | ○ | ● |
| Mississippi | ● | ● | ● | ○ | ● | ○ | ○ |
| Missouri | ● | ● | ● | ● | ● | ○ | ● |
| Montana | ● | ● | ● | ○ | ○ | ○ | ○ |
| Nebraska | ● | ● | ● | ● | ● | ○ | ● |
| Nevada | ● | ● | ● | ● | ● | ● | ● |
| New Hampshire | ● | ● | ● | ● | ● | ● | ● |
| New Jersey | ● | ● | ● | ● | ● | ● | ● |
| New Mexico | ● | ● | ● | ● | ● | ● | ● |
| New York | ● | ● | ● | ● | ● | ● | ● |
| North Carolina | ● | ● | ● | ○ | ● | ○ | ○ |
| North Dakota | ● | ● | ● | ○ | ● | ○ | ○ |
| Ohio | ● | ● | ● | ○ | ● | ○ | ○ |
| Oklahoma | ● | ● | ● | ○ | ○ | ○ | ● |
| Oregon | ● | ● | ● | ● | ● | ● | ● |
| Pennsylvania | ● | ● | ● | ○ | ○ | ○ | ○ |
| Rhode Island | ● | ● | ● | ● | ● | ○ | ● |
| South Carolina | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| South Dakota | ● | ● | ● | ○ | ○ | ○ | ○ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tennessee | ● | ● | ● | ● | ● | ○ | ● |
| Texas | ● | ● | ● | ● | ● | ○ | ● |
| Utah | ● | ● | ● | ● | ● | ● | ● |
| Vermont | ● | ● | ● | ● | ● | ● | ● |
| Virginia | ● | ● | ● | ● | ● | ● | ● |
| Washington | ● | ● | ● | ● | ● | ● | ● |
| West Virginia | ● | ● | ● | ○ | ● | ○ | ○ |
| Wisconsin | ● | ● | ● | ● | ○ | ○ | ● |
| Wyoming | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

*Updated December 13, 2023*

---

✉ **U.S. Department of Justice**

950 Pennsylvania Avenue NW
Washington DC 20530

📞 Contact the Department
Phone: 202-514-2000
TTY/TDD: 800-877-8339

 THE **FEDERAL RESERVE**
*FRBservices.org®*   (https://www.frbservices.org/)

# Key to Routing Numbers

## **First District**

First District Key Routing Numbers

| **Federal Reserve Office** | **Corresponding Routing Code Number[1]** |
| --- | --- |
| **Boston** | 0110, 0112, 0113, 0114, 0115 |
| **Windsor Locks** | 0111, 0118, 0119, 0211, 0116, 0117 |

## **Second District**

Second District Key Routing Numbers

| **Federal Reserve Office** | **Corresponding Routing Code Number[1]** |
| --- | --- |
| **East Rutherford** | 0210, 0212, 0214, 0215, 0216, 0219, 0260, 0280 |
| **Utica** | 0213 |
| **Buffalo** | 0220, 0223 |

## **Third District**

Third District Key Routing Numbers

| **Federal Reserve Office** | **Corresponding Routing Code Number[1]** |
| --- | --- |
| **Philadelphia** | 0310, 0311, 0312, 0313, 0319, 0360 |

## **Fourth District**

Fourth District Key Routing Numbers

| Federal Reserve Office | Corresponding Routing Code Number[1] |
|---|---|
| Cleveland | 0410, 0412 |
| Cincinnati | 0420, 0421, 0422, 0423, 0442 |
| Pittsburgh | 0430, 0432, 0433, 0434 |
| Columbus | 0440, 0441 |

# Fifth District

Fifth District Key Routing Numbers

| Federal Reserve Office | Corresponding Routing Code Number[1] |
|---|---|
| Richmond | 0510, 0514 |
| Baltimore | 0520, 0521, 0522, 0540, 0550, 0560, 0570 |
| Charlotte | 0530, 0531 |
| Charleston | 0515, 0519 |
| Columbia | 0532, 0539 |

# Sixth District

Sixth District Key Routing Numbers

| Federal Reserve Office | Corresponding Routing Code Number[1] |
|---|---|
| Atlanta | 0610, 0611, 0612, 0613 |
| Birmingham | 0620, 0621, 0622 |
| Jacksonville | 0630, 0631, 0632, 8000-0008-0 |
| Miami | 0660, 0670 |
| Nashville | 0640, 0641, 0642 |
| New Orleans | 0650, 0651, 0652, 0653, 0654, 0655 |

# Seventh District

Seventh District Key Routing Numbers

| Federal Reserve Office | Corresponding Routing Code Number[1] |
|---|---|
| Chicago | 0710, 0712, 0719 |
| Detriot | 0720, 0724 |
| Des Moines | 0730, 0739 |
| Indianapolis | 0740, 0749 |
| Milwaukee | 0750, 0759 |
| Peoria | 0711 |

# Eighth District

Eighth District Key Routing Numbers

| Federal Reserve Office | Corresponding Routing Code Number[1] |
|---|---|
| St. Louis | 0810, 0819, 0812, 0815, 0865 |
| Little Rock | 0820, 0829 |
| Louisville | 0830, 0813, 0839, 0863 |
| Memphis | 0840, 0841, 0842, 0843 |

# Ninth District

Ninth District Key Routing Numbers

| Federal Reserve Office | Corresponding Routing Code Number[1] |
|---|---|
| Minneapolis | 0910, 0911, 0912, 0913, 0914, 0915, 0918, 0919, 0960 |
| Helena | 0920, 0921, 0929 |

# Tenth District

Tenth District Key Routing Numbers

| Federal Reserve Office | Corresponding Routing Code Number[1] |
|---|---|
| Kansas City | 1010, 1011, 1012, 1019 |
| Denver | 1020, 1021, 1022, 1023, 1070 |
| Oklahoma City | 1030, 1031, 1039 |
| Omaha | 1040, 1041, 1049 |

# Eleventh District

Eleventh District Key Routing Numbers

| Federal Reserve Office | Corresponding Routing Code Number[1] |
|---|---|
| Dallas | 1110, 1111, 1113, 1119, 8000-0003-5 |
| El Paso | 1120, 1122, 1123, 1163 |
| Houston | 1130, 1131 |
| San Antonio | 1140, 1149 |

# Twelfth District

Twelfth District Key Routing Numbers

| Federal Reserve Office | Corresponding Routing Code Number[1] |
|---|---|
| San Francisco | 1210, 1211, 1212, 1213, 1214, 8000-0001-9 |
| Los Angeles | 1220, 1221, 1222, 1223, 1224 |
| Portland | 1230, 1231, 1232, 1233 |
| Salt Lake City | 1240, 1241, 1242, 1243, 8000-0005-1 |
| Seattle | 1250, 1251, 1252 |

# Treasury Check

Treasury Check Key Routing Numbers

| Federal Reserve Office | Corresponding Routing Code Number[1] |
| --- | --- |
| All Districts | 0000-0051-8 |

# Postal Money Orders

Postal Money Orders Key Routing Numbers

| Federal Reserve Office | Corresponding Routing Code Number[1] |
| --- | --- |
| All Districts | 0000-0020-4 |
| | 0000-0119-3 |
| | 0000-0800-2 |

# Savings Bonds

Savings Bonds Key Routing Numbers

| Federal Reserve Office | Corresponding Routing Code Number[1] |
| --- | --- |
| All Districts | 0000-9000-7 |

# Processing Site

Mail is accepted from US Mail, FedEx, UPS and other couriers.

**Federal Reserve Bank of Atlanta**
Check Department
1000 Peachtree Street NE
Atlanta, GA 30309-4470

Top of Page

Case 3:24-cv-00871-K-BN    Document 3    Filed 04/09/24    Page 12 of 26    PageID 16

Download to read ad-free.

AD



≡  $ SCRIBD    Search    🔍    Read free for 30 days    👤

🔥 100% (12)  •  2K views  •  3 pages

# THE SOVEREIGN CITIZEN By: Judge Dale, Retired

Uploaded by Anonymous nYwWYS3ntV    ✦ AI-enhanced title

THE SOVEREIGN CITIZEN by: Judge Dale, retired Full description

🔖      👍      💬      <>      <      🖨
Save    100%    0%    Embed    Share    Print

Download now                                1    of 3                🔍 Search document    ⤢



Secunda William
Fiduciary interstate
Authority/Admistrate

Form **966**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Corporate Dissolution or Liquidation

**(Required under section 6043(a) of the Internal Revenue Code)**
▶ Information about Form 966 and its instructions is at *www.irs.gov/form966.*

OMB No. 1545-0123

**Please type or print**

Name of corporation
*KeyBANK N.A / Society Tower*

**Employer identification number**
*34-0799057*

Number, street, and room or suite no. (If a P.O. box number, see instructions.)
*187-135-180 Rockwell Ave. Public 99*

Check type of return
☐ 1120    ☐ 1120-L
☐ 1120-IC-DISC    ☐ 1120S
☑ Other *...*

City or town, state, and ZIP code
*Cleveland, OH  44113*

| | | | |
|---|---|---|---|
| **1** Date incorporated *1992* | **2** Place incorporated *Cleveland, OH* | **3** Type of liquidation ☑ Complete ☐ Partial | **4** Date resolution or plan of complete or partial liquidation was adopted *2-2023* |
| **5** Service Center where corporation filed its immediately preceding tax return *State last* | **6** Last month, day, and year of immediately preceding tax year *Not Filed Yet* | **7a** Last month, day, and year of final tax year ➔ | **7b** Was corporation's final tax return filed as part of a consolidated income tax return? If "Yes," complete 7c, 7d, and 7e. ☐ Yes ☑ No |
| **7c** Name of common parent *AmTrust 59 Maiden LANE New York CIK 0001-36 5555* | | **7d** Employer identification number of common parent *34-1965476* | **7e** Service Center where consolidated return was filed *Not Filed Yet* |

| | | |
|---|---|---|
| **8** | Total number of shares outstanding at time of adoption of plan of liquidation . . . . . | **Common** *000* / **Preferred** *000* |
| **9** | Date(s) of any amendments to plan of dissolution . . . . . . . . . . . . . | *000* |
| **10** | Section of the Code under which the corporation is to be dissolved or liquidated . . . . . | *26 CFR § 1.331-1 Comp* |
| **11** | If this form concerns an amendment or supplement to a resolution or plan, enter the date the previous Form 966 was filed . . . . . . . . . . . . . . . . . . . | *NO* |

**Attach a certified copy of the resolution or plan and all amendments or supplements not previously filed.**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of officer *Fiduciary Tommy H. Coon – Administrator*    Title    Date *11-9-2023*

# Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Who Must File

A corporation (or a farmer's cooperative) must file Form 966 if it adopts a resolution or plan to dissolve the corporation or liquidate any of its stock.

Exempt organizations and qualified subchapter S subsidiaries should not file Form 966. Exempt organizations should see the instructions for Form 990, Return of Organization Exempt From Income Tax, or Form 990-PF, Return of Private Foundation or Section 4947(a)(1) Trust Treated as Private Foundation. Subchapter S subsidiaries should see Form 8869, Qualified Subchapter S Subsidiary Election.

⚠ CAUTION *Do not file Form 966 for a deemed liquidation (such as a section 338 election or an election to be treated as a disregarded entity under Regulations section 301.7701-3).*

## When To File

File Form 966 within 30 days after the resolution or plan is adopted to dissolve the corporation or liquidate any of its stock. If the resolution or plan is amended or supplemented after Form 966 is filed, file another Form 966 within 30 days after the amendment or supplement is adopted. The additional form will be sufficient if the date the earlier form was filed is entered on line 11 and a certified copy of the amendment or supplement is attached. Include all information required by Form 966 that was not given in the earlier form.

## Where To File

File Form 966 with the Internal Revenue Service Center at the address where the corporation (or cooperative) files its income tax return.

## Distribution of Property

A corporation must recognize gain or loss on the distribution of its assets in the complete liquidation of its stock. For purposes of determining gain or loss, the



*ACC 58098801*

**For Paperwork Reduction Act Notice, see the instructions.**

*ACC 593930860827759*

Cat. No. 17053B    Form **966** (Rev. 10-2016)

Fiduciary Amanda Williams
Society Tower/Key Tower
Corporation ID 1779754

Form 966 (Rev. 10-2016)                                                                                                       Page **2**

distributed assets are valued at fair market value. Exceptions to this rule apply to a liquidation of a subsidiary and to a distribution that is made according to a plan of reorganization.

## Foreign Corporations

A corporation that files a U.S. tax return must file Form 966 if required under section 6043(a). Foreign corporations that are not required to file Form 1120-F, U.S. Income Tax Return of a Foreign Corporation, or any other U.S. tax return are generally not required to file Form 966.

U.S. shareholders of foreign corporations may be required to report information regarding a corporate dissolution or liquidation. See Form 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, and its instructions for more information.

## Address

Include the suite, room, or other unit number after the street address. If the post office does not deliver mail to the street address and the corporation has a P.O. box, enter the box number instead.

### Line 5

If the immediately preceding tax return was filed electronically, enter *"e-file"* on line 5.

### Line 7e

If the consolidated return was filed electronically, enter *"e-file"* on line 7e.

### Line 10

Identify the code section under which the corporation is to be dissolved or liquidated. For example, enter "section 331" for a complete or partial liquidation of a corporation or enter "section 332" for a complete liquidation of a subsidiary corporation that meets the requirements of section 332(b).

## Signature

The return must be signed and dated by the president, vice president, treasurer, assistant treasurer, chief accounting officer, or any other corporate officer (such as tax officer) authorized to sign. If a return is filed on behalf of a corporation by a receiver, trustee, or assignee, the fiduciary must sign the return, instead of the corporate officer.

## Paperwork Reduction Act Notice

We ask for the information on this form to carry out the Internal Revenue laws of the United States. You are required to give us the information. We need it to ensure that you are complying with these laws and to allow us to figure and collect the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated burden for business taxpayers filing this form is approved under OMB control number 1545-0123 and is included in the estimates shown in the instructions for their business income tax return.

If you have comments concerning the accuracy of these time estimates or suggestions for making this form simpler, we would be happy to hear from you. You can send us comments from *www.irs.gov/formspubs/*. Click on "More Information" and then on "Give us feedback." Or you can write to the Internal Revenue Service, Tax Forms and Publications, 1111 Constitution Ave. NW, IR-6526, Washington, DC 20224. Do not send the tax form to this address. Instead, see *Where To File,* earlier.

Method.

| Request Auth | Manual Auth | Change Limit | Enter CC# | Clear | Obtain CC# |
|---|---|---|---|---|---|

CC #: *6357          Exp Date: 09/24

Name (as it appears on Credit Card):

| Rct | Crd Cd | Auth Code | Date/Time | Req Auth Amt | Auth Response |
|---|---|---|---|---|---|
| A | *6357 | DECLINED | 3/8/2024 7:40:00 PM | $1.00 | DECLINED:BLOCKED |
| A | *6357 | DECLINED | 3/9/2024 4:21:00 AM | $249.48 | DECLINED:BLOCKED |

CIVIL
RIGHTS
TRAIL          KS    STORIES    EXPERIENCE    PRESS &    CONTACT
                                             PARTNERS

Secunda Willial
Fiduciary interstate
Authority/Admistrate

─────────────── **CONTACT** ───────────────

Thanks for contacting us CONTROLLER SECUACUS
ANNGELINIA CARTEL! We will get in touch with you shortly.

Explore our partner sites

THE NATURAL STATE

## Liquidation of Partnership with Authority, Rights and Obligations during Liquidation

Agreement made this _Feb 6, 2023_ (date), between _K.B.N.A_ (Name of Partner I), of _Fiduary Secunda Williams-Starr_ (street address, city, state, zip code), and _13000 Fairhill #114_ (Name of Partner II), of _Shaker Hts OH 44121_ (street address, city, state, zip code), hereinafter jointly referred to as the **Partners.** _2015ESTQ0G039_

**Whereas,** until _N/A_ (date), Partners were engaged in a Partnership known as _All Deceased_ (Name of Partnership), located _K.B.N.A_ at _137-50 Rockwell Ave 184 #2000_ (street address, city, state, zip code), for the purpose of _Reached maximum over Vm only co ownership_ (description of purpose of Partnership), under an Agreement dated _Feb.6 - 2023_ (date), a copy of which Agreement is attached hereto as **Exhibit A;** and _Fiduary Tonya Anngelreais open known as Authority Secunda Williams_

**Whereas,** since _Nov 2011_ (date), the Partnership has been in the process of liquidation; and _Payroll Remoder city subcutdown has espaned to Bank interstate (Takeover)_

**Whereas,** the respective interests and liabilities of the Partners in the Firm are in the following proportions: _Money has been recelinated in adaoults._

- _Annie lee Williams_ (Name of Partner I) _____ %. mother deaeshd 2-16-6.
- _Dwayne J Conley_ (Name of Partner II) _____ % Husband deceaseu 1-2019

**Whereas,** in the liquidation of the business and affairs of the Partnership, it has been and will continue to be necessary in certain instances to continue the liability of the Partners as former members of the firm as makers, endorsers, or guarantors of obligations and liabilities of the firm; _All geel Back in my Banking Business_

**Now, therefore,** for and in consideration of the mutual covenants contained in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Partners agree as follows: _No Family interity Pile awdy Bank_

**I.** Until the full and complete liquidation of all the liabilities and obligations of the Partnership, the Partners are and shall continue to be liable in the following proportions: _Computer - Fx - files abbenite any other office products._

- _Beth Mooney_ (Name of Partner I) _80_ %.
- _Sam Patel_/ Brother foreign counry (Name of Partner II) _____ % Husband deceas 1-23

Fiduciary Secunda Williams
Society Tower/Key Tower
Corporation ID 1779754
Real Estate Property ID 102547
(2015209039) interstate FIN 381666



DRIVER LICENSE
ALABAMA
CLASS D
D.O.B. 02-16-1966 EXP 03-16-2
SECUNDA A
WILLIAMS-STARR

II.     All acts of each of the Partners done in furtherance of the liquidation of the liabilities and obligations of the Partnership, including any extensions, renewals and substitutions, are hereby ratified, confirmed, and approved.

III.    Both Partners have and are given the right to extend, renew, adjust, compromise, and settle any and all obligations and liabilities or to make new obligations and liabilities in substitution for the same, provided, however, that as between the Partners the ultimate proportionate liability shall remain unchanged. In effecting such extensions, renewals, adjustments, compromises, settlements, or substitutions, either Partner shall be considered the attorney and agent of both Partners, with the right to bind and obligate the Partners by signing any instrument, or otherwise, as may be necessary or desirable.

IV.     Either Partner is fully authorized and empowered to demand, collect, receive and give receipts, discharges and acquittances, for any and all sums due the parties as Partners in the former firm, and to sue, either in the Partner's own name or in the name of the Partners, for any such sum. Either Partner is also authorized in the name of both Partners to defend any suits or actions brought against them as Partners.

V.      Either Partner is authorized and empowered to sell, pledge or otherwise dispose of any and all of the remaining assets of the Partnership on such terms and for such consideration as shall seem proper, and to accept in payment either cash or obligations of the purchaser, or part cash and part obligations, and to agree with the purchaser on the date of maturity of any deferred installments of the purchase price and to accept security for payment of the purchase price.

VI.     **Severability.** The invalidity of any portion of this Agreement will not and shall not be deemed to affect the validity of any other provision. If any provision of this Agreement is held to be invalid, the Parties agree that the remaining provisions shall be deemed to be in full force and effect as if they had been executed by both Parties subsequent to the expungement of the invalid provision.

VII.    **No Waiver.** The failure of either Party to this Agreement to insist upon the performance of any of the terms and conditions of this Agreement, or the waiver of any breach of any of the terms and conditions of this Agreement, shall not be construed as subsequently waiving any such terms and conditions, but the same shall continue and remain in full force and effect as if no such forbearance or waiver had occurred.

VIII.   **Governing Law.** This Agreement shall be governed by, construed, and enforced in accordance with the laws of the State of _____OH - INTERSTATE_____ (name of *KBNH* state). *KYC*

IX.     **Notices.** Unless provided herein to the contrary, any notice provided for or concerning this Agreement shall be in writing and shall be deemed sufficiently given when sent by certified or registered mail if sent to the respective address of each Party as set forth at the beginning of this Agreement.

**X.    Mandatory Arbitration.** Any dispute under this Agreement shall be required to be resolved by binding arbitration of the Parties hereto.  If the Parties cannot agree on an arbitrator, each Party shall select one arbitrator and both arbitrators shall then select a third.  The third arbitrator so selected shall arbitrate said dispute. The arbitration shall be governed by the rules of the American Arbitration Association then in force and effect.

**XI.    Entire Agreement.** This Agreement shall constitute the entire agreement between the Parties and any prior understanding or representation of any kind preceding the date of this Agreement shall not be binding upon either Party except to the extent incorporated in this Agreement.

**XII.    Modification of Agreement.** Any modification of this Agreement or additional obligation assumed by either Party in connection with this Agreement shall be binding only if placed in writing and signed by each Party or an authorized representative of each Party.

**XIII.    Assignment of Rights.** The rights of each Party under this Agreement are personal to that Party and may not be assigned or transferred to any other person, firm, corporation, or other entity without the prior, express, and written consent of the other Party

**XIV.    Counterparts.** This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute but one and the same instrument.

**XV.    Compliance with Laws.** In performing under this Agreement, all applicable governmental laws, regulations, orders, and other rules of duly-constituted authority will be followed and complied with in all respects by both Parties.

WITNESS our signatures as of the day and date first above stated.

By: _Liduarry Tonya H Coon_    By: _Authority Secunda A Willi_
(Signature of Partner I)                    (Signature of Partner II)
_Liduanny Tonya A Coon_    _Authority Secunda A Williams_
(Printed Name)                    (Printed Name) #399809640

_Feb 6, 2023_

_SHAll Shut Down Completly 120 HRs From Know_

# TEXAS NOTICE TO QUIT

SHERRIFF TONYA ANNGELINIA COON
900 MAXWELL BLVD, MONTGOMERY, Alabama, 36104
(800) 539-2468

Date 4-13-2024

To TEXAS SQUATTERRS-INTERSTATE-ALL SQUATTERRS

*And all individuals (tenants, occupants, and subtenants) in possession of the Premises*

The Premises herein referred to in this official notice to quit is located at 205 LAMAR ST, DALLAS, Texas, 75202 with a lease agreement commencing on 1962 between TEXAS SQUATTERRS-INTERSTATE-ALL SQUATTERRS and SHERRIFF TONYA ANNGELINIA COON. This notice to quit has been sent by the Landlord to the Tenant(s) due to the non-payment of rent.

In accordance with the laws in the State of Texas, **WITHIN THREE (3) DAYS** after service on you of this notice to quit, you are hereby required to pay via certified check to the undersigned Landlord or an Authorized Agent the back-rent including any late penalties or other fees accumulated of which you now hold possession amounting to the sum of 8,000,000.00 (US Dollars). If payment is not made you will be required to quit and deliver up the possession of the premises at the end of the three (3) day period.

**YOU ARE FURTHER NOTIFIED THAT** the Landlord does hereby elect to declare that forfeiture of your lease agreement under which you hold possession, to the above-described premises, if you fail to perform or otherwise comply will institute legal proceedings to recover rent and possession of said premises which would result in a judgment against you including costs and necessary disbursements together with possible statutory damages as allowed by law for such unlawful possession of the premises.

**Landlord/Agent Signature** _____

FTC #1234

Go gle                                      ×  🎤  📷  🔍                    ⚙  ⠿



If you don't have a lease agreement, though, you can still evict a tenant as long as you
follow Texas eviction laws. If there is no lease, a Texas landlord can evict a tenant without
providing a reason. Simply give notice to vacate, and follow eviction proceedings if the
tenant fails to leave.  Oct 8, 2021

🔲   thewernerlawgroup.com
     https://thewernerlawgroup.com › 2021/10/08 › in-texas-...

In Texas, what can I evict a tenant for if I do not have a lease
agreement?

Search for: Can you evict someone without a lease in Texas?

What is a 3 day notice to vacate Texas?

Notice to Vacate

The amount of time the tenant has to move out or fix a certain problem before an eviction
suit is filed. This must be at least 3 days unless the lease specifically states otherwise.
Mar 21, 2024

⭐   texas.gov
     https://guides.sll.texas.gov › landlord-tenant-law › evicti...

The Eviction Process - Landlord/Tenant Law

Search for: What is a 3 day notice to vacate Texas?

What is adverse possession in Texas?

How much does it cost to evict someone from your home in Texas?

How long does it take to evict someone in Texas without a lease?

How hard is it to evict someone in Texas?

Are squatters protected in Texas?

Can I use force to remove a trespasser in Texas?

Is Homesteading the same as squatting?

Is a 3 day eviction notice legal in Texas?

Do you have to open the door for the police in Texas?

Can a cop pull you over for nothing in Texas?

Can a cop walk around your property?

What is a pink Texas title?

What is a purple title in Texas?

What is a blue title in Texas?

How long before a guest becomes a tenant in Texas?

How to get someone out of your house who won t leave in Texas?

Can my girlfriend live with me without being on the lease?

PROPERTY CODE

TITLE 4. ACTIONS AND REMEDIES

CHAPTER 24. FORCIBLE ENTRY AND DETAINER

Sec. 24.001.  FORCIBLE ENTRY AND DETAINER.  (a)  A person commits a forcible entry and detainer if the person enters the real property of another without legal authority or by force and refuses to surrender possession on demand.

(b)  For the purposes of this chapter, a forcible entry is:

(1)  an entry without the consent of the person in actual possession of the property;

(2)  an entry without the consent of a tenant at will or by sufferance;  or

(3)  an entry without the consent of a person who acquired possession by forcible entry.

Acts 1983, 68th Leg., p. 3514, ch. 576, Sec. 1, eff. Jan. 1, 1984.  Amended by Acts 1989, 71st Leg., ch. 688, Sec. 1, eff. Sept. 1, 1989.


Sec. 24.002.  FORCIBLE DETAINER.  (a)  A person who refuses to surrender possession of real property on demand commits a forcible detainer if the person:

(1)  is a tenant or a subtenant wilfully and without force holding over after the termination of the tenant's right of possession;

(2)  is a tenant at will or by sufferance, including an occupant at the time of foreclosure of a lien superior to the tenant's lease;  or

(3)  is a tenant of a person who acquired possession by forcible entry.

(b)  The demand for possession must be made in writing by a person entitled to possession of the property and must comply with the requirements for notice to vacate under Section 24.005.

Acts 1983, 68th Leg., p. 3514, ch. 576, Sec. 1, eff. Jan. 1, 1984.  Amended by Acts 1985, 69th Leg., ch. 200, Sec. 1, eff. Aug. 26, 1985;  Acts 1989, 71st Leg., ch. 688, Sec. 2, eff. Sept. 1, 1989.


Sec. 24.003.  SUBSTITUTION OF PARTIES.  If a tenancy for a term expires while the tenant's suit for forcible entry is pending, the landlord

*ETC*
*DEAD* #

**BANK OF AMERICA** 

Schedule An Appointment

Let's discuss:
Everyday Banking

🖉

Let's talk: In Person with
Jeffrey Acosta

We'll meet here: 901 Main St
Dallas, TX 75202

🖉

At this time: April 05,
11:00-11:30 AM CDT

🖉

# We'll confirm your appointment by email.

We'll send you an email confirmation as well as reminder the day before your appointment. Let us know what email address and phone number you'd like us to use.

*required fields

**Email address ***

C●●●●●●●●●●●●●●●●●●n@gmail.com

Re-enter email address *

C●●●●●●●●●●●●●●●●●s@gmail.com

The email addresses you entered did not match. Please re-enter your email addresses.

**Phone number ***

●●●-●●●-9246

999-999-9999

**Would you like an additional reminder?**

*FYC*

⚠ We are unable to process your card. Check the card information or use another card. ✗

## Payment



**Earn 20,000 Bonus Points + $100 Statement Credit***

Earn 20,000 points and a one-time $100 statement credit when you spend $1,000 in purchases in the first 3 billing cycles after account opening*. If instantly approved, use your Amtrak Guest Rewards® Preferred Mastercard® to book and earn points on today's Amtrak travel purchase. $99 Annual Fee**

Apply Now

| | |
|---|---|
| Today's rail fare | $548.00 |
| Future statement credit* | -$100.00 |
| Total after statement credit | $448.00 |

*See the credit card rewards terms in the Summary of Credit Terms (https://www.firstbankcard.com/lynx/#/soct/ysfhwlrkdgfvk) for details. Please see the Amtrak Guest Rewards Program terms and conditions at Amtrak Guest Rewards (/content/amtrak/en-us/guestrewards/home.html) for information regarding expiration, redemption, forfeiture, and other limitations on Amtrak Guest Rewards Points.

**For additional information about Annual Percentage Rates (APRs), fees and other costs for the Amtrak Guest Rewards Preferred Mastercard, see the Summary of Credit Terms (https://www.firstbankcard.com/lynx/#/soct/ysfhwlrkdgfvk) .

Cards are issued by First National Bank of Omaha (FNBO®), pursuant to a license from Mastercard International Incorporated. Mastercard is a registered trademark, and the circles design is a trademark of Mastercard International Incorporated.

Protect Your Trip to Birmingham

 Great choice! Your trip is protected.    ✎

| Trip Summary | | 1 👤 |
|---|---|---|
| DAL | BHM | |
| 3:40p Wed, Apr, 3 | 12:45p Sat, Apr, 6 | |

**Price Summary**

| | |
|---|---|
| Fare | $548.00 |
| Travel Insurance | $26.03 |
| **Balance Due** | **$574.03** |
| ****6357 | $574.03 |

| Payment | Voucher | Gift Card |
|---|---|---|

✓ 💳 ****6357    Exp. 09/24  ✎  ⊗

Select payment method    ⌄

☐ I have read and agree to the terms and conditions (javascript:var child=window.open('/services/contentservice.ibcontentpopup.terms-and-conditions.html', 'terms and conditions', 'scrollbars=1,resizable=no,status=no,location=no,toolbar=no,menubar=no,width=1050,height=850,left=20,top=20');) , including the binding arbitration agreement and Amtrak's baggage policy, which includes fees for excess or oversize baggage. The privacy policy (javascript:var child=window.open('/services/contentservice.ibcontentpopup.privacy.html', 'privacy', 'scrollbars=1,resizable=no,status=no,location=no,toolbar=no,menubar=no,width=1050,height=850,left=20,top=20');) applies.

Need Help?

Back        PURCHASE

JS 44 (Rev. 04/21) (TXND 4/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
*President Securalis Sontez Carter*

**DEFENDANTS**
*Dallas etc*

**(b)** County of Residence of First Listed Plaintiff *Dallas County*
*(EXCEPT IN U.S. PLAINTIFF CASES)*
*600 Griffeth RD Dallas Tx 25202*

County of Residence of First Listed Defendant *Dallas etc*
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* *# 0025237*
*#201 Monroe St #0025237*
*Montgomey, AL 36104*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| [X] 1 U.S. Government Plaintiff | [ ] 3 Federal Question *(U.S. Government Not a Party)* |
| [ ] 2 U.S. Government Defendant | [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [X] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [X] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [X] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 460 Deportation |
| | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 880 Defend Trade Secrets Act of 2016 | [X] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [X] 360 Other Personal Injury | [X] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 790 Other Labor Litigation | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | | [ ] 791 Employee Retirement Income Security Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [X] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| [X] 1 Original Proceeding | [ ] 2 Removed from State Court | [ ] 3 Remanded from Appellate Court | [ ] 4 Reinstated or Reopened | [ ] 5 Transferred from Another District *(specify)* | [ ] 6 Multidistrict Litigation - Transfer | [ ] 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*18 Us C 1961 — 52352372D9039*

Brief description of cause: *Rico Fat Law Defrauding Scam Elect Hard*

## VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ *Undetermined*

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

## FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____