IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECUNDA A. WILLIAMS-STARR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-871-K |
| | § | |
| BLACK WOMEN EYC – RETAIL and | § | |
| SEVEN ELEVEN STORES EYC | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that the complaint is DISMISSED WITH PREJUDICE.

**SO ORDERED.**

Signed April 30th, 2024.

_____
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**